UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

-vs-                                                              Case No.   15-7080-SCW

MARCUS DEWAYNE THOMPSON and
ROBIN THOMPSON,
_____

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1]  PURSUANT TO
BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a bond hearing is set for **August 27, 2015 at 11:30 am,** before **United States Magistrate Judge Stephen C. Williams,** at 750 Missouri Avenue, East St. Louis, Illinois**.**

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

**Date: August 24, 2015**

            *s/ Stephen C. Williams*
            **STEPHEN C. WILLIAMS**
            **UNITED STATES MAGISTRATE JUDGE**

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.   18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.   Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention